**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GALO DELGADO,

        Plaintiff,

v.                                       Case No:  6:20-cv-137-Orl-40EJK

BURLINGTON COAT FACTORY,

        Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 19). The dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file in this case.

**DONE AND ORDERED** in Orlando, Florida on December 10, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties